514

## AUCLAIR TRANSPORTATION, INC., ET AL. *v.* UNITED STATES ET AL.

No. 724.    Decided March 23, 1964.

*Peter T. Beardsley* and *Richard R. Sigmon* for appellants.

*Solicitor General Cox, Assistant Attorney General Orrick, Lionel Kestenbaum, Robert W. Ginnane* and *H. Neil Garson* for the United States and the Interstate Commerce Commission; and *William J. Taylor* for Railway Express Agency, Inc., appellees.

Per Curiam.

The motions to affirm are granted and the judgment is affirmed.